## CLERK'S COURTROOM MINUTE SHEET - CRIMINAL - MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.                                                                                          Case No: 13-20065-01-CM-DJW

CHARLES HENDERSON, JR.

AUSA: Erin T. Slinker Tomasic
Counsel for Defendant: James L. Spies

| | | | |
|---|---|---|---|
| **JUDGE:** | David J. Waxse | **DATE:** | June 17, 2013 |
| **DEPUTY CLERK:** | Lori Lopez | **TIME:** | 10:33 AM |
| **INTERPRETER:** | None | **PRETRIAL/PROBATION:** | None |

Length of Hearing:  0  Hr(s)  6  Min(s)                                        Location: Kansas City, Kansas
Hearing Concluded:     (x) Yes ( ) No

### PROCEEDINGS

| | | | | | | |
|---|---|---|---|---|---|---|
| (x) | Rule 5 Hearing | ( ) | Initial Revocation Hearing | | ( ) | Bond Hearing |
| ( ) | Identity Hearing | ( ) | Held  ( ) | Waived | ( ) | Bond Revocation Hearing |
| ( ) | Preliminary Hearing | ( ) | Held  ( ) | Waived | (x) | Arraignment |
| ( ) | Detention Hearing | ( ) | Held  ( ) | Waived | ( ) | |
| ( ) | Scheduling Conference | ( ) | Held  ( ) | Waived | | |

( ) Interpreter                   ( ) Sworn                   ( ) Previously sworn
(x) Charges and penalties explained to defendant
( ) Defendant sworn and examined re: financial ability to retain counsel
( ) Counsel appointed                    ( ) At defendant's expense
( ) Constitutional rights explained      ( ) Felony    ( ) Misdemeanor
( ) Defendant declined to waive indictment   ( ) Will be presented by next Grand Jury
( ) Signed Waiver of Indictment
( ) Advised of rights under Rule 20
( ) Signed Consent to Transfer (Rule 20)
( ) Petition to Enter Plea Filed         ( ) Plea Agreement Attached
( ) Transferred to:

(x)  **ARRAIGNMENT AND PLEA:**                                                   (x)  No. of Counts: 5
    (x)  Waived Reading of    (x)  Superseding Indictment    ( )  Read to Defendant
    ( )  Previous Plea          ( )  Guilty    ( )  Not Guilty   Counts:
    ( )  Guilty                                                 Counts:
    (x)  Not Guilty                                             Counts: #1 through #5

( ) Bail denied              ( ) Bail fixed at                       (x) Bail remains at
(x) $25,000.00               (x) Unsecured                           ( ) Secured
(x) Release Order            ( ) Executed                            (x) Continued in effect
( ) Deft. remanded to custody   ( ) Pending compliance with conditions of release
( ) Detention Ordered

Case Management Meet and Confer:
Speedy Trial Act motions filed by:
Status Conference:
Deft's next appearance:          June 24, 2013 at 9:30 a.m. before Judge Murguia for status conference

**Miscellaneous:**